UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-00834 JVS(VBKx) | Date | November 13, 2014 |
| Title | Humberto Renteria, et al. v. County of Los Angeles, et al. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) <u>Order</u> <u>to</u> <u>Show</u> <u>Clause</u>

The Pretrial Conference in this matter was scheduled to November 12, 2014 at 8:00 a.m.  (Docket No. 91.)  Plaintiffs' counsel failed to appear.

Ralph R. Rios and Ralph M. Rios are ordered to show cause in person at 8:30 a.m. November 25, 2014 why the Court should not impose monetary sanctions for their failure to appear at the Pretrial Conference.  A written response shall be filed no later than November 20, 2014.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |