RICKEY IVIE, Esq. (SBN 76864)
rivie@imwlaw.com
RODNEY S. DIGGS, Esq. (SBN 274459)
rdiggs@imwlaw.com
IVIE, McNEILL & WYATT
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Defendants,
**COUNTY OF LOS ANGELES, et al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUMBERTO RENTERIA, ROBERTO CRUZ, HECTOR OLIVA, <br><br> *Plaintiffs,* <br> v. <br><br> COUNTY OF LOS ANGELES, Sheriff LEE BACA, L. ORRELLANA, #513813, D. FERNANDEZ, #472723, Deputy COULTER, #471332, Deputy MAGANA, #515343, Deputy MORAN, #516553, Deputy HUNTER, #515342, Deputy BORGES, #503657, Deputy GIGGLES, #515584, Deputy Takashima #451030, Deputy Keffer #512433, SERGEANT R. DAILY, DEPUTY FRANCOIS; DEPUTY ANTHONY MALDONADO; DEPUTY OVALLE and DOES 1-10, <br><br> *Defendants* | Case No. CV13-00834JVS(VBKx) [Hon. James V. Selna, Courtroom 10C] <br><br> **DEFENDANTS' PROPOSED VERDICT FORM** |

The Parties request the Court to make the usual introductory remarks to the venire and to then ask the venire *each* of the questions that follow.

**<u>Defendants:</u>**

1. Do you have a friend or relative that claims to have been the victim of threats by any law enforcement agency? If yes, please tell us about that experience?

2. Do you have a friend or relative that claims to have been the victim of intimidation by any law enforcement agency? If yes, please tell us about that experience?

3. Have you ever had an experience with law enforcement that retaliated against you for exercising any right?

4. Have you ever had a negative or positive experience with any law enforcement agency?

5. Have you or any family member ever been accused of or convicted of a crime?  If yes, please tell us about that experience?

6. Is there anyone here who, for whatever reason, thinks the LASD is too aggressive, or tends to use too much force in dealing with suspects?

7. Is there anyone here who, just as a matter of principle, is distrustful of police officers?

8. Is there anyone who thinks that just because the plaintiff is willing to go court and talk about this incident, then there must be something to the claim(s)?

9. Is there anyone here who filed a complaint or grievance about the conduct of the LASD deputies or any other law enforcement?

10. Is there anyone here who believes that you do not have to obey law enforcement when given commands?

11. Since Plaintiff has the burden of proof, he will be allowed to present his case before Defendants are allowed to present their case. Is there anyone who cannot wait until all of the evidence is presented by both sides before reaching a verdict?

12. Have you or any member of your family ever filed a lawsuit, personal injury claim, worker's compensation claim, or other similar claim seeking money for an injury?

13. Is there anyone who is familiar with the Lennox area of Los Angeles?

14. Has anyone ever been charged with resisting arrest?

15. Does anyone feel that under no circumstances should police officers be able to use force upon an individual.

    a. Explain why you feel this way

    b. How would you distinguish between reasonable force and excessive force?

16. Is there anyone here who no matter what the facts indicated would be more inclined to believe the plaintiff merely because the defendants are police officers?

    a. If so, why do you say that?

    b. Do you consider yourself distrustful of officers?

    c. Would you be able to evaluate the facts and evidence and determine the credibility of the parties without outside influences?

17. Is there anyone who thinks that just because the plaintiff is willing to go to court and talk about this incident then there must be some validity or truth to his claims?

    a. If so, why do you say that?

    b. Would you be able to evaluate the facts and evidence and determine the credibility of the parties without outside influences?

**Plaintiffs:**

1. Do you have any special training or knowledge of law enforcement tactics and training?

If so:

a) What is your knowledge and/or training? .

b) Where, when and how did you acquire this knowledge and/or training?

c) Do you think this would affect your ability to be a fair and impartial juror?

2. Do you, or a family member, or close friend have an association with the justice system (i.e. law enforcement, corrections, probation, lawyer, judge, court personnel)?

If Yes, please describe?

3. Have you ever been treated in what you considered an unfair or improper manner by any member of a law enforcement agency including, but not limited to, the Los Angeles County Sheriff's Department? Yes
No

Please Describe?

4. Have you ever sat on a jury before?

a) Did police officers testify?

If police officers testified, have you formed any opinion about police officers and their testimony based upon this experience?

Please describe?

5. Do you live in an area patrolled by the Los Angeles County Sheriff's Department?

If so, what division, and what is your opinion of the quality of police service provided in your community?

6. Have any of you, a family member or close friend ever been detained or arrested by a law enforcement agency? If so:

a) When did this occur?

b) Where did this occur?

c) What law enforcement agency (ies) was involved? .

d) What was the outcome?

e) Given this event, what is your opinion of law enforcement?

7. Do you have a negative opinion of the Los Angeles County Sheriff's Department?

8. Do you believe that police officers are less credible/trustworthy than other witnesses?

9. Do you believe that police officers lie?

10. Do you believe that police officers use too much physical force?

11. Do you believe that police officers abuse their authority?

12. What is your opinion of law enforcement?

13. DO YOU BELIEVE:

a. There are too many lawsuits?

     Yes _____

     Maybe_____

     No _____

b. Jury awards are too high?

     Yes _____

     Maybe_____

     No _____

c. People are too ready to sue?

     Yes _____

     Maybe_____

     No _____

d. Lawsuits are costing us all too much money?

     Yes _____

     Maybe_____

     No _____

e. The monies awarded by juries today are

     • excessive

     • much too large

     • too large

     • about right

f. Would your feelings tend to make you want to make your award as small as possible?

       Yes _____

       Maybe_____

       No _____

g. Do you have any negative feelings about the awarding of money damages for pain and suffering?

       Yes _____

       Maybe_____

       No _____

h. Do you believe there should be caps on the amount of money that juries can award in cases like this?

     Yes _____

     Maybe_____

     No _____

i. Before hearing any evidence, do you think, knowing yourself, you would tend towards (pick one)

• a larger award

• an award in the middle

• a smaller award