**RICKEY IVIE, Esq. (SBN 76864)**
rivie@imwlaw.com
**RODNEY S. DIGGS, Esq. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE, McNEILL & WYATT**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile:  (213) 489-0552

Attorneys for Defendants,
**COUNTY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUMBERTO RENTERIA, ROBERTO CRUZ, HECTOR OLIVA,<br><br>*Plaintiffs*,<br>v.<br><br>COUNTY OF LOS ANGELES, Sheriff LEE BACA, L. ORRELLANA, #513813, D. FERNANDEZ, #472723, Deputy COULTER, #471332, Deputy MAGANA, #515343, Deputy MORAN, #516553, Deputy HUNTER, #515342, Deputy BORGES, #503657, Deputy GIGGLES, #515584, Deputy Takashima #451030, Deputy Keffer #512433, SERGEANT R. DAILY, DEPUTY FRANCOIS; DEPUTY ANTHONY MALDONADO; DEPUTY OVALLE and DOES 1-10,<br><br>*Defendants* | Case No. CV13-00834JVS(VBKx)<br>[Hon. James V. Selna, Courtroom 10C]<br><br>**DEFENDANTS' PROPOSED VERDICT FORM** |

We answer the questions submitted to us as follows:

1. Do you find by a preponderance of the evidence that any of the deputies intentionally interfered with any of the Plaintiffs' [insert right] by threats, intimidation or coercion?

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

*If your answer to any portion of question 1 is "YES," then answer question 2. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Do you find by a preponderance of the evidence that any of the deputies act violently against any Plaintiff?

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

*If your answer to any portion of question 2 is "YES," then answer question 3. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

3. Do you find by a preponderance of the evidence that any of the deputies committed these acts of violence to prevent any plaintiff from exercising their right [insert right] and retaliate against plaintiffs for having exercised their right[insert right]

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

*If your answer to any portion of question 3 is "YES," then answer question 4. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

4. Do you find by a preponderance of the evidence that any of the deputies' conduct a substantial factor in causing harm to any plaintiff?

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

*If your answer to any portion of question 4 is "YES," then answer question 5. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

5. Did any of the Defendants conduct cause plaintiff damages?

6. If you answered yes to question no. 5, state the total amount of non-economic damages awarded to:

    Humberto Renteria      _____

    Roberto Cruz          _____

7. Have the plaintiffs provided by clear and convincing evidence that the deputies' conduct was malicious, oppressive, or in reckless disregard of plaintiffs' rights as explained in the jury instructions?

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |
| Deputy Fernandez | YES___ | NO___ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO___ |
| Deputy Hunter | YES___ | NO___ |
| Deputy Coulter | YES___ | NO___ |
| Deputy Magana | YES___ | NO___ |

   Deputy Fernandez    YES___      NO___

*Please sign and date the verdict form and return it to the Court.*

Dated: _____   Signed:_____
                  Presiding Juror