UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | **SACV 13-00834 JVS(VBKx)** |
| Date | **December 9, 2014** |
| Title: | **Humberto Renteria et al. v. County of Los Angeles, et al.** |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Ralph M. Rios | Rodney Diggs / Rickey Ivie |

SPANISH INTERPRETER: Francesca Lear

      Day Court Trial      **6th**      **Day Jury Trial**

    One day trial:      Begun (1st day);    **X**   **Held**    **X**   **Completed by jury verdict**

\_\_ The Jury is impaneled and sworn.

\_\_ Opening statements made by _____

\_\_ Witnesses called, sworn and testified.     Exhibits Identified     Exhibits admitted.

\_\_ Plaintiff(s) rest.     Defendant(s) rest.

**X Closing arguments made by**    **X plaintiff(s)**    **X defendant(s).**    **X Court instructs jury.**

**X Bailiff(s) sworn.**    **X Jury retires to deliberate.**    Jury resumes deliberations.

**X Jury Verdict in favor of**    plaintiff(s)    **X defendant(s) is read and filed.**

**X Jury polled.**    Polling waived.

**X Filed Witness & Exhibit Lists**    **X Filed jury notes.**    **X Filed jury instructions.**

\_\_ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

**X Motion for Judgment/Directed Verdict**   defendant   is \_\_\_ granted. **X denied.** \_\_\_ submitted.

\_\_ Settlement reached and placed on the record.

**X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.**

**X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.**

\_\_ Case continued _____ for further trial/further jury deliberation.

\_\_ Other: The Court and counsel confer re jury instructions and special verdict. Counsel state objections for the record to jury instructions or special verdict. Defense counsel shall submit a proposed judgment within 7 days.

                                                                                04 : 03

Initials of Deputy Clerk   kjt