1 **RICKEY IVIE, Esq. (SBN 76864)**
  *rivie@imwlaw.com*
2 **RODNEY S. DIGGS, Esq. (SBN 274459)**
  *rdiggs@imwlaw.com*
3 **IVIE, McNEILL & WYATT**
4 444 South Flower Street, Suite 1800
  Los Angeles, California 90071
5 Telephone: (213) 489-0028
6 Facsimile:  (213) 489-0552
7

JS-6

8 Attorneys for Defendants,
9 **COUNTY OF LOS ANGELES, et al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUMBERTO RENTERIA, ROBERTO CRUZ, HECTOR OLIVA, | Case No. CV13-00834JVS(VBKx) [Hon. James V. Selna, Courtroom 10C] |
| *Plaintiffs*, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, Sheriff LEE BACA, L. ORRELLANA, #513813, D. FERNANDEZ, #472723, Deputy COULTER, #471332, Deputy MAGANA, #515343, Deputy MORAN, #516553, Deputy HUNTER, #515342, Deputy BORGES, #503657, Deputy GIGGLES, #515584, Deputy Takashima #451030, Deputy Keffer #512433, SERGEANT R. DAILY, DEPUTY FRANCOIS; DEPUTY ANTHONY MALDONADO; DEPUTY OVALLE and DOES 1-10, | |
| *Defendants* | |

This case came on regularly for trial on November 25, 2014 to December 9, 2014 in Department 10C of this Court, the Honorable James V. Selna presiding; the Plaintiffs appearing by Attorney Ralph Rios, from **Rios & Associates** and Defendants appearing by Attorneys Rodney S. Diggs and Rickey Ivie from **IVIE, MCNEILL & WYATT**.

A jury of 8 persons was regularly impaneled and placed under oath. Witnesses were placed under oath and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned into court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

We the Jury answer the questions submitted to us as follows:

1. Do you find by a preponderance of the evidence that any of the deputies violated plaintiffs' civil rights under the Bane Act?

**As to Humberto Renteria:**

| | | |
|---|---|---|
| Deputy Takashima | YES___ | NO_x__ |
| Deputy Hunter | YES___ | NO_x__ |
| Deputy Fernandez | YES___ | NO_x__ |
| Other Deputy | YES___ | NO_x__ |

**As to Roberto Cruz:**

| | | |
|---|---|---|
| Deputy Coulter | YES___ | NO_x_ |
| Deputy Magana | YES___ | NO_x__ |
| Other Deputy | YES___ | NO_x__ |


*If your answer to any portion of question 1 is "Yes," then answer question 2. If you answered "No," to all portions of Question 1, stop here, answer no further questions, and have the presiding juror sign and date this form.*

It appearing by reason of said verdict that:

Defendants COUNTY OF LOS ANGELES, DEPUTY GENE TAKASHIMA, DEPUTY RAHN HUNTER, DEPUTY MARCO MAGANA, DEPUTY DAVID FERNANDEZ, and DEPUTY NICHOLAS COULTER are entitled to judgment against Plaintiffs HUMBERTO RENTERIA and ROBERTO CRUZ.

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that said plaintiffs HUMBERTO RENTERIA and ROBERTO CRUZ shall recover nothing by reason of the Complaint, and the Defendants COUNTY OF LOS ANGELES, DEPUTY GENE TAKASHIMA, DEPUTY RAHN HUNTER, DEPUTY MARCO MAGANA, DEPUTY DAVID FERNANDEZ, and DEPUTY NICHOLAS COULTER shall recover costs from said Plaintiffs HUMBERTO RENTERIA and ROBERTO CRUZ.

Dated: January 05, 2015

_____
Honorable James V. Selna
Judge of the Central District Court